UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JASMINE WASHINGTON,

                    Plaintiff,

        -against-                                  22-cv-8828 (LAK)(SDA)

LAW ENFORCEMENT EMPLOYEES BENEVOLENT
ASSOCIATION, et al.,

                    Defendants.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, April 17, 2023, if the settlement has not been executed or consummated by that date.

        SO ORDERED.

Dated:        March 17, 2023

                                                Lewis A. Kaplan
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 3-17-2023